**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:23CR146** |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **MALEEKA D. GILBERT and** | ) | |
| **DAMAR E. JOHNSON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the defendant, Damar E. Johnson's unopposed Motion to Continue Trial [31]. Counsel needs additional time to continue plea negotiations. Counsel for co-defendant, Maleeka D. Giblert, has been contacted and has no objection to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [31] is granted, as follows:

1. The jury trial, **for both defendants**, now set for March 25, 2024, is continued to **May 28, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 28, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:  March 14, 2024.**

**BY THE COURT:**

**s/ Susan M. Bazis**
**United States Magistrate Judge**