IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MALEEKA D. GILBERT and<br>DAMAR E. JOHNSON,<br><br>Defendants. | 8:23CR146<br><br>**FINAL ORDER<br>OF FORFEITURE** |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 68). The Court has carefully reviewed the record in this case and finds as follows:

1. On November 22, 2024, the Court entered a Preliminary Order of Forfeiture forfeiting defendants Maleeka D. Gilbert and Damar E. Johnson's interest in the $16,020.11 in United States currency (Filing No. 58).

2. A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on November 23, 2024, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (Filing No. 67) was filed on January 27, 2025.

3. The government has advised the Court that no petitions have been filed. A review of the record supports that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 68) is granted.

2. All right, title and interest in and to the $16,020.11 in United States currency seized from defendant Maleeka D. Gilbert and Damar E. Johnson on or about March 31, 2023, held by any person or entity are forever barred and foreclosed.

3. The $16,020.11 in United States currency is forfeited to the government.

4. The government is directed to dispose of that currency in accordance with law.

Dated this 20th day of February 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Court Judge