IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:23CR146** |
| v. | | |
| MALEEKA D. GILBERT, | | **ORDER** |
| Defendant. | | |

On November 14, 2024, defendant Maleeka D. Gilbert ("Gilbert") pleaded guilty to conspiring to possess with intent to distribute 400 grams or more of a mixture or substance containing fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1), and 846 (Filing Nos. 1, 49). As part of her written plea agreement (Filing No. 52), the government agreed to dismiss two other charges against her.

Per that agreement, Gilbert and the government also agreed that her sentence should be the mandatory-minimum sentence of 120 months in prison. *See* 21 U.S.C. § 841(b)(1); Fed. R. Crim. P. 11(c)(1)(C) (permitting such agreements subject to court acceptance). On February 19, 2025, the Court accepted the plea agreement and sentenced Gilbert to 120 months in prison, followed by 5 years of supervised release (Filing Nos. 78, 81). Gilbert did not appeal.

Now before the Court is Gilbert's Motion for a Sentence Reduction (Filing No. 85). Relying on recent amendments to United States Sentencing Guidelines (the "Guidelines") § 2D1.1(a)(5), Gilbert requests "a sentencing guideline adjustment, along with resentencing to the level [the Court] deem[s] appropriate."

In response (Filing No. 89), the government notes the United States Sentencing Commission did not make the Guidelines amendment Gilbert cites retroactive, meaning no reduction or adjustment would apply. The government further argues Gilbert's mandatory-

minimum sentence of 120 months "is the lowest available sentence that Gilbert could receive under the statutory guidelines."

After careful review, the Court finds the government's arguments have merit. Because Gilbert is not eligible for a sentence reduction based on the recent Guidelines amendments, her motion is denied.

IT IS SO ORDERED.

Dated this 6th day of February 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge